433 A.2d 100

McCoy, Appellant v. McCoy.

476 

 Argued April 16, 1980. William H. Eckert, for appellant; Neil R. Rosen, for appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.